IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEDRIC JAMAR DEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:24-cv-505-ECM |
| | ) |
| RICHARD SPIVEY, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On October 2, 2024, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 4) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute and to comply with the Orders of the Court. It is further

ORDERED that all pending motions are DENIED as moot.

A separate Final Judgment will be entered.

DONE this 18th day of December, 2024.

                                          /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE